IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

JANET ROBBINS,

        Plaintiff,

  v.

U.S. FOODSERVICE, INC. et al.,

        Defendants.

Civil Action
No. 11-4599 (JBS/KMW)

**ORDER**

    This matter having come before the Court on Defendant U.S. Foodservice, Inc.'s unopposed and meritorious Motion for Summary Judgement [Docket Item 8]; for the reasons stated in the Opinion of today's date and for good cause shown;

    IT IS this    **30th**    day of    **August**   , **2012** hereby

    ORDERED that Defendant U.S. Foodservice's motion for summary judgment is **granted** on all claims; and it is further

    ORDERED that the Clerk shall **terminate** this action on the docket because no named Defendants remain.

                                  **s/ Jerome B. Simandle**
                                  JEROME B. SIMANDLE
                                  Chief U.S. District Judge